SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY P. CRUDO (CSBN 143835)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    Timothy.Crudo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>CLARENCE BLAND, JR., )<br>)<br>    Defendant. )<br>_____ ) | Case No. CR 3-07-70022<br><br>[PROPOSED] SPEEDY TRIAL AND<br>SCHEDULING ORDER |

      On April 18, 2007, defendant Clarence Bland, Jr. made his initial appearance before Magistrate Judge Edward M. Chen on the Criminal Complaint filed in this matter. All parties were represented by counsel. The parties shall appear for a preliminary hearing or arraignment on May 9, 2007 at 9:30 a.m. before Magistrate Judge Elizabeth D. Laporte. The defendant has waived time under Federal Rule of Criminal Procedure 5.1 to and including May 9, 2007.

      The Court further finds that the ends of justice will be served by granting an exclusion of time from April 18, 2007 to and including May 9, 2007 to allow the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and

[PROPOSED] ORDER
CASE NO. CR-3-07-7022

1  that such exclusion of time outweighs the best interests of the public and the defendant in a
2  speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).  The running of the speedy trial clock is
3  therefore tolled from April 18, 2007 to and including May 9, 2007 pursuant to 18 U.S.C. §
4  3161(h)(8)(B)(iv).
5       IT IS SO ORDERED.

8  DATED: _____, 2007
                                              Honorable Edward M. Chen
9                                                United States Magistrate Judge