

## PROPOSED ORDER/COVER SHEET

TO: Honorable Edward M. Chen  
    U.S. Magistrate Judge

RE: __BLAND, CLARENCE__

FROM: Claudette M. Silvera, Chief  
      U.S. Pretrial Services Officer

DOCKET NO.: __3-07-70022__

DATE: May 7, 2007

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

__TAIFA M. GASKINS__      __510-637-3750__  
U.S. Pretrial Services Officer      TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall participate in mental health counseling as directed by Pretrial Services.

B.

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____  
_____

JUDICIAL OFFICER      DATE 5/8/07

Cover Sheet (12/03/02)