AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

Mail
Fraud - 18 U.S.C. § 1341

E-filing

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

20 years imprisonment, $250,000 fine, $100 special
assessment, 3 years supervised release.

CR 07 0352 SI

— Name of District Court, and/or Judge/Magistrate Location —
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S. —

▶ CLARENCE BLAND

DISTRICT COURT NUMBER

07    0352

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)

— DEFENDANT —

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?  ☐ Yes   } If "Yes" give date filed
☐ No

DATE OF
ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6  E-filing

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,    **CR** No. **07    0352**

13     Plaintiff,                          )    VIOLATION: 18 U.S.C. § 1341 - Mail
                                           )    Fraud                      *SI*
14     v.                                  )
                                           )    SAN FRANCISCO VENUE
15                                         )
   CLARENCE BLAND, JR.,                    )
16                                         )
       Defendant.                          )
17                                         )
                                           )
18

19

20                        I N F O R M A T I O N

21 The United States Attorney charges:

22     1.      Beginning by at least on or about June 11, 2002, and continuing through and

23 including on or about March 7, 2003, in the Northern District of California, and elsewhere, the

24 defendant

25                        CLARENCE BLAND, JR.,

26 and others known and unknown to the United States Attorney, did knowingly and intentionally

27 devise a scheme and artifice to defraud as to a material matter and for obtaining money by means

28 of materially false and fraudulent pretenses and representations and, for the purpose of executing

INFORMATION                              1

1 such scheme and artifice, did cause the use of the mails, in violation of Title 18, United States

2 Code, Section 1341.

3      2.     Beginning by at least June 11, 2002 and until at least March 7, 2003, BLAND

4 was an Operations Manager at the Salomon Smith Barney ("SSB") branch office in Larkspur,

5 California. During the same period, BLAND and another person, who was a Claims Manager at

6 21st Century Insurance Company ("21st Century") in San Jose, California, entered into a scheme

7 to defraud 21st Century.

8      3.     In furtherance of the scheme, on or about September 27, 2002, the Claims

9 Manager prepared a fraudulent Claim Entry Request ("CER") containing materially false and

10 misleading information and caused a claim check to be issued and mailed by 21st Century to

11 BLAND in the amount of $7,500.

12      4.     In furtherance of the scheme, on or about December 5, 2002, the Claims Manager

13 prepared a fraudulent CER containing materially false and misleading information and caused a

14 claim check to be issued and mailed by 21st Century to BLAND in the amount of $6,500.

15      3.     In furtherance of the scheme, on or about March 4, 2003, the Claims Manager

16 prepared a fraudulent CER containing materially false and misleading  information and caused

17 claim checks to be issued and mailed by 21st Century to BLAND in the aggregate amount of

18 $10,500.

19      All in violation of Title 18, United States Code, Section 1341.

20 DATED: June 1, 2007                SCOTT N. SCHOOLS
                                   United States Attorney

21

22

23                                    MARK KROTOSKI
                                   Chief, Criminal Division

24

25 (Approved as to form:
              AUSA Crude

26

27

28

INFORMATION                        2