AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Clarence Bland

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 - 352 SI

FILED JUN 4 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, Clarence Bland, the above named defendant, who is accused of One count of mail fraud, 18 U.S.C. §1341,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 4, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer