1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TIMOTHY P. CRUDO (CSBN 143835)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234
       Timothy.Crudo@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )    NOTICE OF RELATED CASE IN A
15                                  )    CRIMINAL ACTION
          Plaintiff,                )
16                                  )
      v.                            )    Case No. CR 07-0352 SI
17                                  )
                                    )
18 CLARENCE BLAND, JR.,             )
                                    )
19        Defendant.                )
                                    )
20 _____ )
                                    )
21 UNITED STATES OF AMERICA,        )
                                    )
22        Plaintiff,                )    Case No. CR 07-0038 MHP
                                    )
23    v.                            )
                                    )
24                                  )
                                    )
25 STANLEY C. RHODES,               )
                                    )
26        Defendant.                )
   _____ )
27

28

NOTICE OF RELATED CASE
CASE NO. CR 07-0352 SI
CASE NO. CR 07-0038 MHP

1   The United States, by and through the above counsel of record, hereby submits this
2   Notice of Related Case in a Criminal Action pursuant to Criminal Local Rule 8-1.  The United
3   States contends that criminal case *United States v. Bland,* Case No. CR 07-0352 SI, filed June 4,
4   2007, is related to the prior pending criminal action, *United States v. Rhodes*, Case No. CR 07-
5   0038 MHP, filed DATE, because they involve the same, or similar, alleged conduct and
6   transactions.  The government submits that the actions appear likely to entail substantial
7   duplication of labor if heard by different Judges.  In the interest of judicial economy, the
8   government contends that the *Bland* case should be related to the *Rhodes* case previously
9   assigned to Judge Patel.
10   On January 22, 2007, the government filed an information charging Rhodes with one
11  count of mail fraud relating to a scheme involving 21st Century Insurance Company.  On June 4,
12  2007, the government filed essentially an identical information charging Bland with one count of
13  mail fraud relating to the same scheme and alleging the same transactions.
14   The United States contends that these matters are related because the cases center around
15  the same alleged conduct and transactions involving the same two defendants.  Accordingly, the
16  assignment of the most recent case to the same judge who has handled all other related
17  proceedings would conserve judicial resources and promote an efficient determination of the
18  criminal matter pursuant to Criminal Local Rule 8-1(c)(4).
19  DATED: June 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


            /S/
TIMOTHY P. CRUDO
Assistant United States Attorney