UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: July 23, 2007

Case No.   CR 07-0352 MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- CLARENCE BLAND (b):

Attorneys:   Plf: Elise Becker
             Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Change of Plea Hearing _____

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in court; Defendant advised of rights and charges, and waives further hearing and/or trial; Defendant enters a guilty plea as charged in information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 9:00 am on 10/29/2007;