# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**Yador J. Harrell**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
**U.S. Court House & Federal Building**
280 S. First Street, Suite #106
San Jose, CA 95113-3003
TEL: (408) 535-5200
FAX: (408) 535-5206

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

October 23, 2007

**FILED**

**OCT 2 5 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Marilyn Hall Patel
United States District Judge

**ATTENTION:** Mr. Anthony Bowser

**RE:**   **BLAND, Clarence, Jr.**
**Docket No. CR 07-00352-01 MHP**
**REQUEST FOR CONTINUANCE**

Your Honor:

I am submitting this Memorandum and the attached Order for Your Honor's signature. This situation has been discussed with the attorneys of record. The parties are in agreement with the new proposed hearing date of February 25, 2008, at 9:00 a.m.

The reason for this request is that I have not been able to meet the disclosure deadlines, as originally set by the Court when the defendant entered a guilty plea on July 23, 2007. The proposed new date is effected by Assistant U.S. Attorney Timothy Crudo's unavailability, due to a complex trial commencing in November 2007, and my own unavailability in November and December. I will be out of the office the week of November 19, 2007, and again from December 10, 2007, to January 2, 2008.

In any event, my request is that the sentencing hearing for this defendant be reset for February 25, 2008, at 9:00 a.m., to allow for the disclosure of the draft presentence report in a timely fashion, upon my return, pursuant to Crim. L.R. 32-4(a) and FRCrimP 32(b)(6). This date has previously been cleared by Mr. Bowser.

| | |
|---|---|
| The Honorable Marilyn Hall Patel<br>United States District Judge<br>October 23, 2007 | BLAND, Clarence, Jr.<br>Request for Continuance<br>Page 2 |

Should Your Honor have any questions regarding this matter, I may be reached at (408) 535-5213.

                                            Respectfully submitted,

                                            Yador J. Harrell
                                            Chief U.S. Probation Officer

                            By:   */s/ Benjamin Flores*
                                            Benjamin Flores
                                            U.S. Probation Officer Specialist

Approved:

*/s/ Robert Ramirez*
Robert Ramirez
Supervisory U.S. Probation Officer