UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff;

- vs -

CLARENCE BLAND, JR.
    Defendant.

Docket No. CR 07-00352-01 MHP

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 29th day of October 2007, be continued until the 25th day of February, at 9:00 a.m. *No Further Continuances.*

DATE 10/25/07

MARILYN HALL PATEL
United States District Judge