UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: February 25, 2008

Case No.   CR 07-0352 MHP                Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- CLARENCE BLAND (b):

Attorneys:   Plf: Tim Crudo
             Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Powell   USPO: Ben Flores

**PROCEEDINGS**

1) Judgment & Sentencing _____

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in court; Counsel submit after further discussion of Presentence report; Court adopts findings of fact and guideline calculations (advisory); Defendant sentenced as follows:

   Probation of 3 years with standard and special conditions as listed in Judgment & Commitment; 6 months in Halfway House facility, with terms of conditions to be set by probation officer; Drug testing condition s waived subject to further review by probation officer; Fine waived; Restitution of $24,500 at $100/month jointly and severally with Stanley Rhodes in *CR 07-0038 MHP*; S/A of $100, to be paid today;

Any remaining counts dismissed;