UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

CLARENCE BLAND JR. et al,

        Defendant.

Case Number: CR07-00352 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Myra Turner
U.S. Probation Oficer
Inter-Office Delivery


Geoffrey A. Hansen
Federal Public Defender
19th Floor Federal Building-Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102

Timothy Paul Crudo
Office of the U.S. Attorney
450 Golden Gate Ave.
11th floor
San Francisco, CA 94102

Dated: July 31, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk